## JAMES MITCHELL *v.* VALERIE ROBERSON
### (AC 33839)

Gruendel, Lavine and Robinson, Js.

Argued October 26—officially released November 27, 2012

Per Curiam. The judgment is affirmed.

## HECTOR RIOS *v.* COMMISSIONER OF CORRECTION
### (AC 33215)

Alvord, Espinosa and Flynn, Js.

Argued October 23—officially released November 27, 2012

Per Curiam. The appeal is dismissed.

## PRISCILLA DICKMAN *v.* STATE EMPLOYEES RETIREMENT COMMISSION
### (AC 34453)

Gruendel, Alvord and Mihalakos, Js.

Argued November 14—officially released December 4, 2012

Per Curiam. The appeal is dismissed.